**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 25 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEANDRO LEONEL GONZALEZ,

          Plaintiff-Appellant,

  v.

C. VALENCIA, Correctional Sergeant;
GOYTIA, Correctional Officer,

          Defendants-Appellees.

No. 20-16808

D.C. No. 2:19-cv-00338-KJM-DB

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted August 17, 2022**

Before:     S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

    California state prisoner Leonardo Leonel Gonzalez appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging sexual

assault by prison officials. We have jurisdiction under 28 U.S.C. § 1291. We

review de novo the district court's dismissal under 28 U.S.C. § 1915A. *Resnick v.*

---

    *     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Gonzalez's action because Gonzalez failed to allege facts sufficient to state a plausible claim. *See Bearchild v. Cobban*, 947 F.3d 1130, 1144-45 (9th Cir. 2020) (setting forth the elements for a claim of sexual assault by a correctional officer); *Jordan v. Gardner*, 986 F.2d 1521, 1525, 1526 (9th Cir. 1993) (en banc) (the Eighth Amendment prohibits "only the unnecessary and wanton infliction of pain"; "momentary discomfort caused by the search procedures" does not meet the "constitutional standard for a finding of pain" (citation and internal quotation marks omitted)); *see also Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are construed liberally, a plaintiff must allege facts sufficient to state a plausible claim).

**AFFIRMED.**